UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00451

**Brandon Lee Hodge,**
*Plaintiff,*

v.

**124th District Court of Gregg County,**
*Defendant.*

# ORDER

Plaintiff Brandon Lee Hodge, an inmate confined at Gregg County Jail proceeding pro se and in forma pauperis, filed this lawsuit pursuant to 42 U.S.C. § 1983. Doc. 1. This action was referred to United States Magistrate Judge John D. Love. Doc. 2. On October 7, 2020, Judge Love entered a report recommending that this lawsuit be dismissed without prejudice for plaintiff's failure to comply with an order of the court. Doc. 7. Plaintiff did not file any objections.

When there have been no timely objections to a magistrate judge's report and recommendation, the record is only reviewed for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendation. The court **orders** that the above-styled civil action is **dismissed without prejudice** for plaintiff's failure to comply with an order of the court.

*So ordered by the court on December 11, 2020.*

J. CAMPBELL BARKER
United States District Judge